JOSEPH W. CODY, et al., Copartners under the Firm Name of JOSEPH W. CODY & COMPANY, Appellants, *v.* THE TURN VEREIN OF THE CITY OF NEW YORK et al., Respondents.

*Cody* v. *Turn Verein*, 48 App. Div. 279, affirmed.
(Submitted May 21, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 26, 1900, affirming a judgment in favor of defendants entered upon the report of a referee.

*William H. Newman* and *Albert J. Adams, Jr.,* for appellants.

*A. J. Simpson* and *Benjamin N. Cardozo* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON, CULLEN and WERNER, JJ.